1060

No. 85–828.   LOCAL UNION 542, INTERNATIONAL UNION OF OPERATING ENGINEERS *v.* PENNSYLVANIA ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85–829.   GEORGE A. CREED & SON, INC. *v.* TRIDENT TECHNICAL COLLEGE ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 85–831.   HOTEL & RESTAURANT EMPLOYEES & BARTENDERS UNION, LOCAL 28 *v.* SERITIS ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–832.   WHITTAKER CORP. *v.* OLYMPIC SPORTS PRODUCTS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 85–835.   MORTON *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 85–836.   GEL SPICE CO., INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 85–837.   KARAPINKA *v.* UNION CARBIDE CORP.   C. A. 2d Cir.   Certiorari denied.

No. 85–838.   KARAM, SPECIAL ADMINISTRATRIX OF THE ESTATE OF KARAM *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–839.   LACHICA *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 85–841.   CURRIE ET AL. *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–842.   CITY OF DES MOINES, IOWA, ET AL. *v.* MOORE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–852.   PRESTON CARROLL CO., INC., ET AL. *v.* MORRISON ASSURANCE CO.   Sup. Ct. Ga.   Certiorari denied.

No. 85–864.   DA-CHUAN ZHENG ET AL. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.